**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ALISHA L. FORD,

                Petitioner

          v.

AMERICAN STATES INSURANCE
COMPANY,

                Respondent

: No. 36 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2016, the Petition for Allowance of Appeal is

**GRANTED**.  The issue rephrased for clarity is

    (1)    Did the Superior Court err in affirming the summary judgment order and holding that the insurer's underinsured motorist coverage rejection form "specifically complies" with Subsection 1731(c) of the Motor Vehicle Financial Responsibility Law, 75 Pa.C.S. § 1731(c)?